UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN WALDEN,<br><br>                    Plaintiff,<br><br>     -against-<br><br>THE CITY OF NEW YORK AND MUNICIPALITY OF NEW YORK COUNTY; CYRUS VANCE JR.; SHILPA KALRA; JAMES MEEHAN; STEVE STANLEY; CITY OF NEW YORK DEPARTMENT OF LAW,<br><br>                    Defendants. | 20-CV-9360 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued December 18, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 18, 2020
         New York, New York

                                                    _____
                                                        LOUIS L. STANTON
                                                             U.S.D.J.